# Order

Michigan Supreme Court
Lansing, Michigan

July 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153567(35)(36)

J & N KOETS, INC.,
            Plaintiff/Counter-Defendant,

v

THOMAS REDMOND,
            Defendant/Counter-Plaintiff,
and

KATHY FORD,
            Defendant/Counter-Plaintiff/
            Third-Party Plaintiff-Appellant,
and

AUTO-OWNERS INSURANCE COMPANY,
            Third-Party Defendant-Appellee.
_____/

SC: 153567
COA: 326955
Kent CC: 12-001656-CK

      On order of the Chief Justice, appellant's motions to exceed the page limitation and to extend the time for filing her reply are GRANTED. The 16-page reply that was submitted on June 27, 2016, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2016

Clerk